# EXHIBIT 2

MILSTEIN, ADELMAN & KREGER, LLP
Wayne S. Kreger, Bar No. 154759
wkreger@maklawyers.com
Peter J. Farnese, Bar No. 251204
pfarnese@maklawyers.com
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Tel: (310) 396-9600
Fax: (310) 396-9634

CALL, JENSEN & FERRELL
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@calljensen.com
Matthew R. Orr, Bar No. 211097
morr@calljensen.com
Roger E. Borg, Bar No. 117765
borglaw@roadrunner.com
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Plaintiffs,
Bryce V. Gharring, et al. and the Proposed Class

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| BRYCE V. GHARRING and MICHAEL MCCRACKEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NESTLÉ U.S.A., INC., a Delaware corporation; NESTLÉ PURINA PETCARE COMPANY, a Missouri corporation; PETCO ANIMAL SUPPLIES STORES, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. BC421043<br><br>**CLASS ACTION**<br><br>(Assigned for All Purposes to the Honorable Helen I. Bendix)<br><br>**NOTICE OF PROOF OF SERVICE**<br><br>Department: 18 – Stanley Mosk Courthouse<br><br>Complaint Filed: September 3, 2009 |

1

Exhibit 2

Page 107

Attached hereto is the Plaintiffs' Proof of Service for the following Defendant:

1. NESTLÉ PURINA PETCARE COMPANY.

Dated: October 15, 2009

Respectfully submitted,

MILSTEIN, ADELMAN & KREGER LLP

By: _____
Wayne S. Kreger
Peter J. Farnese
Attorneys for Plaintiffs, BRYCE V. GHARRING and MICHAEL MCCRACKEN, on Behalf of Themselves and All Others Similarly Situated

Milstein, Adelman &Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, California 90405

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Wayne S. Kreger (SBN 154759)<br>Peter J. Farnese (SBN 251204)<br>MILSTEIN, ADELMAN & KREGER, LLP<br>2800 Donald Douglas Loop N<br>Santa Monica, CA 90405<br>TELEPHONE NO.: 310-396-9600   FAX NO. (Optional): 310-396-9635<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFFS, Bryce V. Gharring and Michael Mccracken, et al. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 600 S. Commonwealth Avenue
MAILING ADDRESS: 600 S. Commonwealth Avenue, Dept. 311
CITY AND ZIP CODE: Los Angeles 90005
BRANCH NAME: Central Civil West

PLAINTIFF/PETITIONER: BRYCE V. GHARRING, et al.

DEFENDANT/RESPONDENT: NESTLÉ U.S.A., INC., et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>BC421043 |
|---|---|

TO (insert name of party being served): NESTLÉ PURINA PETCARE COMPANY, a Missouri corporation

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: September 18, 2009

Wayne S. Kreger, Esq.
(TYPE OR PRINT NAME)                (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):

1. [✓] A copy of the summons and of the complaint.
2. [✓] Other (specify):

Civil Case Cover Sheet; Civil Case Cover Sheet Addendum & Statement of Location; Notice of Case Assignment; Declaration of Michael Mccracken RE Proper Venue [Civ. Code § 1780(d)]; Declaration of Bryce V. Gharring RE Proper Venue [Civ. Code § 1780(d)]

(To be completed by recipient):

Date this form is signed: October 8, 2009

Dale J. Giali, on behalf of Nestle Purina
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,   (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                    ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Dale J. Giali, attorney for Nestle Purina PetCare Company

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Page 1 of 1<br>Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |

American LegalNet, Inc.
www.USCourtForms.com

Exhibit 2                    Page 109

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

3

4  I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to within action; my business address is **2800 Donald Douglas Loop N, Santa Monica, CA 90405.**

5  On October 15, 2009, I served the foregoing documents described as:

6

**NOTICE OF PROOF OF SERVICE**

7

8  On interested parties in this action by sending a true copy of the document to the following parties as follows:

9

10  **[See Attached Service List]**

11  ----- (BY FACSIMILE) I transmitted pursuant Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the attached listed fax number(s). The transmission originated from facsimile phone number (310) 396-9635 and was reported as complete and without error.

12

13

14  ----- (BY OVER NIGHT DELIVERY) I caused such envelope(s) thereon fully prepaid to be placed in the Overnite Express box at Santa Monica, California.

15  ----- (BY PERSONAL SERVICE) I caused such envelope(s) to be hand delivered to the offices of the addressees.

16

17  xxxx (BY US MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Santa Monica, California. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

18

19  Executed on October 15, 2009 at Santa Monica, California

20

21  xxxx (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

22

23  ----- (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

24

25  *Lily S. Puleo* (signature)
Lily S. Puleo

26

27

28

Exhibit 2                    Page 110

Bryce V. Gharring, et al. v. Nestlé U.S.A., Inc., et al.
*Superior Court of California, Los Angeles; Case No. BC421043*
Service List

| | |
|---|---|
| CSC – Lawyers Incorporating Service<br>2730 Gateway Drive, Suite 100<br>Sacramento, CA 95833<br><br>*Agent for Service of Process for:*<br>*Petco Animal Supplies Stores, Inc.* | Dale J. Giali, Esq.<br>gialid@howrey.com<br>**HOWREY LLP**<br>4 Park Plaza, Suite 1700<br>Irvine, CA 92614<br><br>Telephone: (949) 759-3944<br>Facsimile: (949) 266-5529<br><br>*Counsel for:*<br>*Nestlé Purina Petcare Company* |
| CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br><br>*Agent for Service of Process for:*<br>*Nestlé U.S.A., Inc.* | |

Exhibit 2                Page 111

**EXHIBIT 3**

MILSTEIN, ADELMAN & KREGER, LLP
Wayne S. Kreger, Bar No. 154759
wkreger@maklawyers.com
Peter J. Farnese, Bar No. 251204
pfarnese@maklawyers.com
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Tel: (310) 396-9600
Fax: (310) 396-9634

CALL, JENSEN & FERRELL
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@calljensen.com
Matthew R. Orr, Bar No. 211097
morr@calljensen.com
Roger E. Borg, Bar No. 117765
borglaw@roadrunner.com
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Plaintiffs,
Bryce V. Gharring, et al. and the Proposed Class

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| BRYCE V. GHARRING and MICHAEL MCCRACKEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NESTLÉ U.S.A., INC., a Delaware corporation; NESTLÉ PURINA PETCARE COMPANY, a Missouri corporation; PETCO ANIMAL SUPPLIES STORES, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. BC421043<br><br>**CLASS ACTION**<br><br>(Assigned for All Purposes to the Honorable Helen I. Bendix)<br><br>**NOTICE OF PROOF OF SERVICE**<br><br>Department: 18 – Stanley Mosk Courthouse<br><br>Complaint Filed: September 3, 2009 |

1

NOTICE OF PROOF OF SERVICE

Exhibit 3   Page 112

1 | Attached hereto is the Plaintiffs' Proof of Service for the following Defendant:

2 |     1. PETCO ANIMAL SUPPLIES STORES, INC.

3 | Dated: October 14, 2009                    Respectfully submitted,

MILSTEIN, ADELMAN & KREGER LLP

By: _____
    Wayne S. Kreger
    Peter J. Farnese
    Attorneys for Plaintiffs, BRYCE V.
    GHARRING and MICHAEL MCCRACKEN,
    on Behalf of Themselves and All Others
    Similarly Situated

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Wayne S. Kreger (SBN 154759) <br> MILSTEIN, ADELMAN & KREGER, LLP <br> 2800 Donald Douglas Loop N. <br> Santa Monica, CA 90405 <br> **TELEPHONE NO.:** (310) 396-9600 <br> ATTORNEY FOR (NAME): Bryce v. Gharring, et al. | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA COUNTY OF** Los Angeles <br> STREET ADDRESS: 111 N. Hill St. <br> CITY AND ZIP CODE: Los Angeles, CA 90012 | |
| PLAINTIFF: BRYCE V. GHARRING, et al. <br><br> DEFENDANT: NESTLE U.S.A., INC., et al. | CASE NUMBER: <br> BC 421043 |
| PROOF OF SERVICE OF SUMMONS | Ref. No.. or File No. |

*(Separate Proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; DECLARATION OF BRYCE V. GHARRING RE PROPER VENUE; AND DECLARATION OF MICHAEL MCCRACKEN RE PROPER VENUE

3.  a. Party served *(specify name of party as shown on documents served)*:

    PETCO ANIMAL SUPPLIES STORES, INC.

    b. Person served: other *(specify name and relationship to the party named in item 3a)*:

    APRIL GUSS of CSC Lawyers, Inc., registered agents

4.  Address where party was served: 2730 Gateway Oaks Dr., Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 10/2/09 (2) at *(time)*: 12:20 p.m.

6. The "Notice to Person Served" (on the summons) was completed as follows (CCP 412.30, 415.10, and 474):
   c. on behalf of *(specify)*: PETCO ANIMAL SUPPLIES STORES, INC.
      under the following Code of Civil Procedure section:
      416.10 (corporation)

7. Person who served papers:
   a. Name:   Jenice Rossner
   b. Address: STAR SERVICES, INC., 10642 Santa Monica Blvd., Suite 206, Los Angeles, CA 90025
   c. Telephone number: (310) 475-3626
   d. **The fee** for service was: $108.00
   e. I am:
      (3) registered California process server:
         (i) independent contractor
         (ii) Registration No.:      98-02
         (iii) County:          Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: October 6, 2009

(SIGNATURE)

Judicial Council of California POS-010
[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure 417.10

Exhibit 3                Page 114

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to within action; my business address is **2800 Donald Douglas Loop N, Santa Monica, CA 90405.**

On October 14, 2009, I served the foregoing documents described as:

**NOTICE OF PROOF OF SERVICE**

On interested parties in this action by sending a true copy of the document to the following parties as follows:

**[See Attached Service List]**

----- (BY FACSIMILE) I transmitted pursuant Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the attached listed fax number(s). The transmission originated from facsimile phone number (310) 396-9635 and was reported as complete and without error.

----- (BY OVER NIGHT DELIVERY) I caused such envelope(s) thereon fully prepaid to be placed in the Overnite Express box at Santa Monica, California.

----- (BY PERSONAL SERVICE) I caused such envelope(s) to be hand delivered to the offices of the addressees.

xxxx (BY US MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Santa Monica, California. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

Executed on October 14, 2009 at Santa Monica, California

xxxx (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

----- (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Lily S. Puleo*
Lily S. Puleo

Exhibit 3    Page 115

<u>Bryce V. Gharring, et al. v. Nestlé U.S.A., Inc., et al.</u>
*Superior Court of California, Los Angeles; Case No. BC421043*
Service List

| | |
|---|---|
| CSC – Lawyers Incorporating Service<br>2730 Gateway Drive, Suite 100<br>Sacramento, CA 95833<br><br>*Agent for Service of Process for:*<br>*Petco Animal Supplies Stores, Inc.* | Dale J. Giali, Esq.<br>gialid@howrey.com<br>**HOWREY LLP**<br>4 Park Plaza, Suite 1700<br>Irvine, CA 92614<br><br>Telephone: (949) 759-3944<br>Facsimile: (949) 266-5529<br><br>*Counsel for:*<br>*Nestlé Purina Petcare Company* |
| CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br><br>*Agent for Service of Process for:*<br>*Nestlé U.S.A., Inc.* | |

Exhibit 3         Page 116

# EXHIBIT 4

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Wayne S. Kreger (SBN 154759)<br>Milstein, Adelman & Kreger, LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, California 90405<br>TELEPHONE NO.: 310-396-9600   FAX NO. (Optional): 310-396-9635<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs, Bryce V. Gharring, et al. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill St.
MAILING ADDRESS: 111 North Hill St, Dept. 18
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk

PLAINTIFF/PETITIONER: Bryce V. Gharring, et al.
DEFENDANT/RESPONDENT: Nestlé U.S.A., Inc., et al.

| REQUEST FOR DISMISSAL<br>☐ Personal Injury, Property Damage, or Wrongful Death<br>  ☐ Motor Vehicle  ☐ Other<br>☐ Family Law  ☐ Eminent Domain<br>☑ Other (specify): Unfair Competition/Business Tort | CASE NUMBER:<br>BC421043 |
|---|---|

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) ☐ With prejudice   (2) ☑ Without prejudice
   b. (1) ☐ Complaint   (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name):                                    on (date):
      (4) ☐ Cross-complaint filed by (name):                                    on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☑ Other (specify):* Entire Action as to Nestlé U.S.A., Inc. **ONLY**

2. (Complete in all cases except family law cases.)
   ☐ Court fees and costs were waived for a party in this case. (This information may be obtained from the clerk. If this box is checked, the declaration on the back of this form must be completed).

Date: October 26, 2009

Wayne S. Kreger                                              ▶ _____(SIGNATURE)_____
(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)
*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☑ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

                                                             ▶ _____(SIGNATURE)_____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)
** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross-Complainant

(To be completed by clerk)
4. ☐ Dismissal entered as requested on (date):
5. ☐ Dismissal entered on (date):                      as to only (name):
6. ☐ Dismissal not entered as requested for the following reasons (specify):

7. a. ☐ Attorney or party without attorney notified on (date):
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed   ☐ means to return conformed copy

Date:                                    Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. July 1, 2009]

REQUEST FOR DISMISSAL

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

Exhibit 4                                                                                         Page 117

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

3

4   I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to within action; my business address is **2800 Donald Douglas Loop N, Santa Monica, CA 90405.**

5

6   On October 26, 2009, I served the foregoing documents described as:

7   **REQUEST FOR DISMISSAL**

8   On interested parties in this action by sending a true copy of the document to the following parties as follows:

9

10   **[See Attached Service List]**

11   ----- (BY FACSIMILE) I transmitted pursuant Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the attached listed fax number(s). The transmission originated from facsimile phone number (310) 396-9635 and was reported as complete and without error.

12

13

14   ------ (BY OVER NIGHT DELIVERY) I caused such envelope(s) thereon fully prepaid to be placed in the Overnite Express box at Santa Monica, California.

15   ----- (BY PERSONAL SERVICE) I caused such envelope(s) to be hand delivered to the offices of the addressees.

16

17   xxxx (BY US MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Santa Monica, California. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

18

19

20   Executed on October 26, 2009 at Santa Monica, California

21   xxxx (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

22

23   ------ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

24

25

26   *Lily S. Pulpo*

27

28

Exhibit 4                    Page 118

<u>**Bryce V. Gharring, et al. v. Nestlé U.S.A., Inc., et al.**</u>
*Superior Court of California, Los Angeles; Case No. BC421043*
**Service List**

| | |
|---|---|
| CSC – Lawyers Incorporating Service<br>2730 Gateway Drive, Suite 100<br>Sacramento, CA 95833<br><br><br>*Agent for Service of Process for:*<br>*Petco Animal Supplies Stores, Inc.* | Dale J. Giali, Esq.<br>gialid@howrey.com<br>**HOWREY LLP**<br>4 Park Plaza, Suite 1700<br>Irvine, CA 92614<br><br>Telephone: (949) 759-3944<br>Facsimile: (949) 266-5529<br><br><br>*Counsel for:*<br>*Nestlé Purina Petcare Company* |
| CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br><br><br>*Agent for Service of Process for:*<br>*Nestlé U.S.A., Inc.* | |

Exhibit 4    Page 119

MILSTEIN, ADELMAN & KREGER, LLP
Wayne S. Kreger, Bar No. 154759
wkreger@maklawyers.com
Peter J. Farnese, Bar No. 251204
pfarnese@maklawyers.com
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Tel: (310) 396-9600
Fax: (310) 396-9634

Scott J. Ferrell, Bar No. 202091
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Plaintiffs,
Bryce V. Gharring, et al. and the Proposed Class

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| BRYCE V. GHARRING and MICHAEL MCCRACKEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NESTLÉ U.S.A., INC., a Delaware corporation; NESTLÉ PURINA PETCARE COMPANY, a Missouri corporation; PETCO ANIMAL SUPPLIES STORES, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. BC421043<br>(Assigned to the Honorable Judge Helen I. Bendix, Department 18)<br><br>**DECLARATION OF WAYNE S. KREGER IN SUPPORT OF REQUEST FOR DISMISSAL WITHOUT PREJUDICE**<br><br>**[Filed concurrently with Request for Dismissal Without Prejudice]**<br><br>Complaint Filed: September 3, 2009<br>Trial Date: None Set |

1

DECLARATION OF WAYNE S. KREGER IN SUPPORT OF
REQUEST FOR DISMISSAL WITHOUT PREJUDICE

Exhibit 4   Page 120

I, Wayne S. Kreger, do hereby declare as follows:

1.      I am Partner at the Law Offices of Milstein, Adelman & Kreger LLP, ("MAK"), counsel of record for plaintiffs Bryce V. Gharring and Michael McCracken, and am licensed to practice before all courts in the State of California. I am Managing Partner of MAK's Class Action Litigation group. I have personal knowledge of all of the facts stated herein, and if called to testify as a witness, I could and would competently testify to them.

2.      This declaration is submitted pursuant to California Rule of Court 3.770 in support of the attached Request for Dismissal, Without Prejudice.

3.      On September 3, 2009, plaintiffs, Bryce V. Gharring and Michael McCracken, filed their class action complaint. The attached Request for Dismissal, Without Prejudice is being filed prior to class certification in this action.

4.      Upon information and belief, neither the Court, nor any party has issued any notice of this action to the class.

5.      In exchange for this dismissal and withdrawal of the class allegations, Plaintiff has not received consideration, direct or indirect, in any form.

I declare and state under penalty of perjury that the foregoing is true and correct. Executed on October 26, 2009 at Santa Monica, California.

_____
Wayne S. Kreger

Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, California 90405

---

2

DECLARATION OF WAYNE S. KREGER IN SUPPORT OF
REQUEST FOR DISMISSAL WITHOUT PREJUDICE

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to within action; my business address is **2800 Donald Douglas Loop N, Santa Monica, CA 90405.**

On October 26, 2009, I served the foregoing documents described as:

**DECLARATION OF WAYNE S. KREGER IN SUPPORT OF REQUEST FOR DISMISSAL WITHOUT PREJUDICE**

On interested parties in this action by sending a true copy of the document to the following parties as follows:

**[See Attached Service List]**

----- (BY FACSIMILE) I transmitted pursuant Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the attached listed fax number(s). The transmission originated from facsimile phone number (310) 396-9635 and was reported as complete and without error.

----- (BY OVER NIGHT DELIVERY) I caused such envelope(s) thereon fully prepaid to be placed in the Overnite Express box at Santa Monica, California.

----- (BY PERSONAL SERVICE) I caused such envelope(s) to be hand delivered to the offices of the addressees.

xxxx (BY US MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Santa Monica, California. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

Executed on October 26, 2009 at Santa Monica, California

xxxx (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

----- (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Lily S. Puleo

Exhibit 4     Page 122

<u>Bryce V. Gharring, et al. v. Nestlé U.S.A., Inc., et al.</u>
*Superior Court of California, Los Angeles; Case No. BC421043*
Service List

| | |
|---|---|
| CSC–Lawyers Incorporating Service<br>2730 Gateway Drive, Suite 100<br>Sacramento, CA 95833<br><br>*Agent for Service of Process for:*<br>*Petco Animal Supplies Stores, Inc.* | Dale J. Giali, Esq.<br>gialid@howrey.com<br>**HOWREY LLP**<br>4 Park Plaza, Suite 1700<br>Irvine, CA 92614<br><br>Telephone: (949) 759-3944<br>Facsimile: (949) 266-5529<br><br>*Counsel for:*<br>*Nestlé Purina Petcare Company* |
| CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br><br>*Agent for Service of Process for:*<br>*Nestlé U.S.A., Inc.* | |

Exhibit 4    Page 123